# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __09-308M__

2) Defendant's Name: __Stein__                    __Edward__              __T.__
                     (Last)                       (First)                 (M.I.)

3) Age:_____

4) Title:_____ Section(s):_____

5) Citizen of:_____ Needs:_____Interpreter

6) Arrest Warrant Issued:_____ Date and time of arrest:_____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding:__Yes __No    Other District:_____

8) Name of Interpreter used today:_____ Language:_____

9) Arraignment on complaint held:____**X**____Yes ____No    Date/Time: __4/1/09__

10) Detention Hearing Held:____ Bail set at: _$2 million_ ROR Entered:____ POD Entered:____

11) Temporary Order of Detention Entered:____ Bail Hearing set for:_____

12) (a) Preliminary Hearing set for:_____; or waived:___✓_____

    (b) Removal Hearing set for:_____; or waived:_____

    (c) Status Conference set for:_____

13) ASSISTANT U.S. ATTORNEY: **Winston Paes**

14) DEFENSE COUNSEL'S NAME: __Brian Mus__
    Address:_____
         Bar Code:_____ CJA:____ FDNY:____ RET:✓____
         Telephone Number:(____)_____

15) LOG #:____ (__2:43 – 2:53__) MAG. JUDGE : **Joan M. Azrack**

16) __✓__ Defendant was advised of bond conditions by the Court and signed the bond.
    __✓__ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    _____Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings:_____
_____
_____

17) Complaint/Affidavit/Indictment unsealed:__Yes __No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE