**DOCKET NUMBER:** <u>CR 09-0377 (JBW)</u>

## CRIMINAL CAUSE FOR Pleading and Bond Hearing

**BEFORE JUDGE:** James Orenstein, USMJ    **DATE:** <u>6/22/09</u>    **TIME IN COURT** <u>1</u> **HRS** <u>15</u> **MINS**

**DEFENDANT'S NAME:** <u>Edward T. Stein</u>    **DEFENDANT'S #:** <u>1</u>

- ☒ Present    ☐ Not Present    ☐ Custody    ☒ Not Custody

**DEFENSE COUNSEL:** Brian E. Maas

- ☐ Federal Defender    ☐ CJA    ☒ Retained

**A.U.S.A.:** <u>Scott Klugman, Winston Paes, Claire Kedeshian</u>

**CASE MANAGER OR MAGISTRATE CLERICAL:** <u>Alicia Guy</u>

**COURT REPORTER::** <u>Burt Sulzer</u>

- ☒ Allocution
- ☐ Revocation of Probation non contested
- ☐ Change of Plea Hearing (~Util-Plea Entered)
- ☐ Revocation of Probation contested
- ☐ Voir Dire Begun    ☐ Voir Dire Held    ☐ Jury selection    ☐ Jury trial
- ☐ Jury Trial Death Penalty    ☐ Sentence enhancement Phase    ☐ Bench Trial Begun
- ☐ Other Evidentiary Hearing Contested    TYPE OF HEARING_____

**UTILITIES**

- ☒ ~Util-Plea Entered    ☐ ~Util-Add terminate Attorneys    ☒ ~Util-Bond Set/Reset
- ☐ ~Util-Exparte Matter    ☐ ~Util-Indictment Un Sealed    ☐ ~Util-Information Unsealed
- ☐ ~Util-Set/Reset Deadlines    ☐ ~Util-Set/Reset Deadlines/Hearings
- ☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings    ☐ ~Util-Terminate Motions

**Speedy Trial Exclusion Start Date:**    **Speedy Trial Stop Date:**    **CODE TYPE:**__

**Do these minutes contain ruling(s) on motion(s)?** ☐ YES    ☒ NO

**TEXT:**

1. Several victims, as defined by the Crime Victims' Rights Act, 18 U.S.C. Sec. 3771, spoke with respect to the proposed plea and the defendant's release on bond.

2. The defendant waived indictment and pleaded guilty to all five counts in the information. I respectfully recommended that the court accept the pleas.

3. I entered an amended order setting conditions of release.

4. Transcript ordered.