1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,          :          09cr377

                    v.             :          U.S. Courthouse
                                              Brooklyn, New York
EDWARD STEIN,                      :
                                              June 22, 2009
                    Defendant.     :          2:00 p.m.

- - - - - - - - - - - - - - - X

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JACK B. WEINSTEIN
UNITED STATES SENIOR JUDGE

APPEARANCES:

For the Government:      BENTON J. CAMPBELL
                        United States Attorney
                        By:  SCOTT KLUGMAN
                             CLAIRE KEDESHIAN
                             WINSTON PAES
                        Assistant U.S. Attorneys
                        271 Cadman Plaza East
                        Brooklyn, New York 11201

For the Defendant:      BRIAN MASS, ESQ.




Court Reporter:         Burton H. Sulzer
                        225 Cadman Plaza East
                        Brooklyn, New York 11201
                        (718) 613-2481
                        Fax # (718) 613-2505



Proceedings recorded by mechanical stenography, transcript
produced by CAT.

2

1          (Open court-case called-appearances noted.)

2          THE COURT:  You are Edward Stein?

3          THE DEFENDANT:  Yes.

4          THE COURT:  I have an information for this

5   defendant.  Has he agreed to plead to an information?

6          MR. KLUGMAN:  Yes, your Honor.  My understanding is

7   that Mr. Stein will waive indictment -- there's a waiver of

8   indictment form up there -- and will plead guilty to all 5

9   counts of the information that we have presented to the court,

10  which my understanding is the court will file once the waiver

11  occurs.

12         MR. MAAS:  That is correct, your Honor.  We entered

13  into that agreement with the government.

14         THE COURT:  Has there been an allocution before the

15  magistrate judge?

16         MR. MAAS:  No, there is not.

17         THE COURT:  All right.  I want an allocution first

18  and I will take the plea then on the sentence.

19         Is that suitable?

20         MR. MAAS:  In other words, when you say you want an

21  allocution first, you want the defendant to describe for

22  you --

23         THE COURT:  I want a Rule 11 proceeding before the

24  magistrate judge for the plea.

25         MR. MAAS:  Fine.

3

1          THE COURT:  Then at the time of sentencing I will

2    decide whether to take the plea or not.

3          Is that appropriate in your opinion?

4          MR. MAAS:  Fine, your Honor, if that's what your

5    Honor wishes.

6          We had thought that we would be appearing today for

7    the plea -- but either way.

8          MR. KLUGMAN:  Judge Mann, who is the magistrate

9    assigned to the case, is not available today to take the

10   allocution.

11         THE COURT:  Call the Chief Magistrate Judge and have

12   him assign another judge, another magistrate judge to do it.

13         MR. KLUGMAN:  Or we could go to the duty magistrate,

14   your Honor, if that is appropriate.

15         THE COURT:  Yes, that is suitable.

16         MR. KLUGMAN:  It's June Orenstein today.  I will

17   go --

18         THE COURT:  Speak into the microphone, please.

19         MR. KLUGMAN:  I will, as soon as we are completed

20   here, I will break away and I will go speak to Judge Orenstein

21   or, if there's another magistrate who is available instead of

22   Judge Orenstein, we will do that.

23         Obviously we have a number of victims here today so

24   we're hopeful we can accomplish all those things today.

25         THE COURT:  As I understand it, there is a plea

4

1    agreement basically for an extensive securities series of

2    frauds and this, as I understand it, is a hearing pursuant to

3    Section 3771 of Title 18, the Crime Victims Rights, is that

4    clear?

5              MR. KLUGMAN:  The victims who are here today have

6    rights under 3771 because this proceedings relates to a plea

7    to criminal charges and also there's a potential bond issue,

8    and they have a right to be heard obviously on both of those

9    issues under 3771, et seq..

10             THE COURT:  Has bail been set?

11             MR. KLUGMAN:  Bail has been set.  I think post plea

12   there was an agreement between the parties -- the victims may

13   wish to be heard on that -- that additional property will be

14   added to the bond that was previously set at the time of

15   arrest; specifically, the bond was a 2 million dollar bond

16   secured by 3 pieces of property.

17             The parties have agreed that 2 more will be added.

18   I think the individuals who are going to be now additional

19   sureties -- they're not local individuals and we have agreed

20   that, as a standard, they can sign the bond before another

21   judge at their local courthouse within a week of today's

22   proceedings or the plea proceedings, whenever that happens.

23             THE COURT:  Now, Judge Lynch, I am informed, of the

24   United States Court for the Southern District of New York, has

25   appointed a receiver, H.  Thomas Morin, II, to oversee the

5

1   property of the defendant; is that correct.

2           MR. KLUGMAN:  That's correct, your Honor.

3           And as part of the plea agreement today, in lieu of

4   forfeiture -- and I can let Miss Kedeshian speak to this

5   because she drafted that portion of the agreement -- the

6   defendant will agree that the assets that have been identified

7   by the receiver will be available to compensate individuals

8   who lost money as a result of the fraudulent schemes.

9           I have a request from the court's clerk to have Mr.

10  Morin available, if possible, in court.  He's in Oklahoma so

11  obviously it wasn't possible for him to be here, but he said

12  he would be available by phone.

13          THE COURT:  If we need him we'll get him.

14          According to the plea agreement, page 8, the

15  defendant has provided a financial statement.  Where is that

16  statement?

17          MR. MAAS:  We have it right here, your Honor.

18          THE COURT:  All right.  Present it to me and mark

19  it.  That will be Court Exhibit 1 of today's date.

20          Since we have a substantial number of claimants, the

21  clerk will file this document so it will be publicly

22  available.

23          Under the Crime Victims Rights Act, a person who

24  believes he or she is a crime victim has the following rights:

25  First, to be reasonably protected from the accused.  Second,

6

1     to reasonable, accurate and timely notice of any public court

2     proceeding involving the crime.

3           Have you notified all persons known to you?

4           MR. KLUGMAN:  We have done our best to notify all

5     persons known to us.

6           THE COURT:  Third, the right not to be excluded from

7     any public court proceedings without an order of the court.

8     Fourth, the right to be reasonably heard at any public

9     proceeding involving release, plea, sentencing or any parole

10     proceeding.

11           The United States Attorney will inform those who

12     believe they are victims of the plea before the magistrate

13     judge so that if they wish to attend they may do so.

14           You will inform them when the defendant is

15     sentenced.

16           Fifth, the reasonable right to confer with attorneys

17     for the government in the case.  And, sixth, the right to full

18     and timely restitution as provided in the law.

19           Although all of you must recognize that although the

20     court will issue an appropriate order of restitution, it's

21     highly unlikely in these cases that there will be sufficient

22     assets available to pay the claims of those who decide that

23     they would like to make a claim because they have been

24     defrauded.

25           Marshal, I want everybody seated or out of the

1  court.

2  And seventh, the right to have proceedings free from

3  unreasonable delay.  Finally, the right to be treated with

4  fairness and with respect for the victims' dignity and

5  privacy.

6  Accordingly, those of you who wish to be heard will

7  be heard now.  Try to speak briefly since there are so many of

8  you and, if you wish to appear anonymously, you may do so in

9  order to protect your privacy.

10  A VOICE:  May I speak?

11  THE COURT:  The United States Attorney will select

12  people to come up and speak.

13  A VOICE: I actually didn't --

14  THE COURT:  Excuse me.  I'm not going to ask that

15  any of the victims be sworn, but I expect you to speak

16  truthfully.

17  A VOICE: Yes.  Actually, I didn't mean --

18  THE COURT:  Give your name.

19  A VOICE:  My name is Glenn Wurtzel.

20  THE COURT:  Yes, sir.

21  MR. WURTZEL: I didn't intend to speak as a witness.

22  I wanted to ask your Honor with regard to sentencing what is

23  the best way for us to express to you our views and represent

24  our wishes and the damages done to us.

25  THE COURT:  After the plea is taken we will have a

8

1  presentence report that will give extensive information on the

2  nature of the crime and background of the defendant.  I will

3  direct the United States Attorney to make available to those

4  victims who wish to see it a copy of that presentence report

5  suitably redacted to take out of it the names of people who

6  should not be involved publicly.

7           Then you'll be told of the date of the sentence and

8  at that time probably it's the best moment to be heard because

9  then we'll know more about the case; we'll know more about the

10 defendant's possible assets; we'll know more about the claims,

11 and each of you who wishes to will be in touch with the United

12 States Attorney to make a claim for restitution so that the

13 court can consider possible incarceration, possible fines, and

14 a restitution order which must be issued in a case of this

15 kind.

16           MR. WURTZEL: Just a clarification.  Would you like

17 us to write to you in advance of the sentencing or is it

18 sufficient to appear on the day of sentencing?

19           THE COURT:  I'll take writings or appearances,

20 whichever you prefer.

21           You should consult with the United States Attorney

22 with respect to restitution rights and other rights you may

23 have.

24           MR. WURTZEL: Those are my questions.

25           THE COURT:  All right.

9

1          MR. MAAS:  Your Honor, with respect to what your

2     Honor just directed concerning the presentence report, as you

3     know, presentence reports are generally maintained

4     confidentially between the court, the Probation Department and

5     the attorneys in the case.

6          I know your Honor just ordered it to be made

7     available properly redacted.  I just would like to reserve the

8     opportunity to make a submission to your Honor to oppose the

9     release of any part of it because generally -- I mean, it is

10    maintained confidentially and it's something that is very

11    strictly considered.

12         I wasn't expecting that from your Honor so I hasn't

13    come prepared to address it in a legal manner, but I'd like

14    the opportunity to present something to your Honor on that

15    subject before it gets released.

16         THE COURT:  Yes.  It won't be prepared for some time

17    and you may make a motion when appropriate.

18         MR. MAAS:  Thank you.

19         THE COURT:  Does anybody else wish to be heard?

20         A VOICE:  Yes.

21         THE COURT:  You may give your name if you wish.

22         A VOICE: My name is Gwen Kotler.  I just want to say

23    my father-in-law who has passed on left my husband a fund that

24    was to be used to take care of my young children as well as my

25    husband and right now I am in the middle of packing up my

1   house because we can't afford to stay in the house.  It's very

2   hard on me, my kids.

3            THE COURT:  How much do you think you were cheated

4   of?

5            MS. KOTLER:  I don't know.  It's my husband's money.

6   It was a fund that was -- money that was left for my husband,

7   so I don't know.

8            THE COURT:  Is he still alive?

9            MS. KOTLER: My husband is.

10           THE COURT:  Are you separated?

11           MS. KOTLER: No, we're together.

12           THE COURT:  Well, you'll have to try to work with

13  the United States Attorney for an order of restitution, but

14  you understand that the order of restitution cannot be

15  enforced except to the extent that we can find his assets; you

16  understand that?

17           MS. KOTLER: Yes.

18           THE COURT:  All right.  Thank you.

19           MS. KOTLER: Thank you.

20           THE COURT:  Before everybody leaves, I want the

21  United States Attorney to get a complete list of all of those

22  who are present, so those of you who have not been heard or

23  will not be heard should list your names with the U.S.

24  Attorney.

25           Call the next witness.

1          Give your name, please, sir.

2          A VOICE: Michael Clateman.

3          THE COURT:  Yes, I'll hear you.

4          MR. CLATEMAN:  It's my understanding that the

5     defendant will leave this courtroom and wait approximately

6     some number of months, six months we're told, to be sentenced

7     and until that time he'll be free.

8          And what I guess I just don't understand is why this

9     criminal, who is not a defendant because he's going to plead

10    guilty, or he wants to plead guilty, he's a criminal, he's

11    destroyed people's lives and deprived them of their own

12    freedom in many ways, why is he not going straight to prison?

13         THE COURT:  I have not heard the case yet so I

14    cannot answer your question.

15         Has he been released on bail by magistrate judge's

16    order?

17         MR. KLUGMAN:  As of the day of his arrest, yes.  And

18    as I indicated -- maybe I didn't indicate to your Honor

19    earlier.  Whenever we do take the plea, which hopefully will

20    be later today, the position of the United States, based on

21    all the facts and circumstances of the case, is that he should

22    remain released -- we're not opposing that he remain released

23    until sentencing based on the legal standards and our

24    understanding of all the facts of the case.

25         THE COURT:  That will have to be taken up with the

1   magistrate judge.

2           In this court we have subsidiary judges who handle

3   bail.  When there is an appeal from that decision I will

4   decide it because I'm the judge.

5           As I understand it from this statement, the

6   government has no objection to his remaining on bail during

7   this period.  A normal practice is not to incarcerate people

8   pending sentence for a variety of reasons.  First of all, it's

9   very expensive to keep people in prison.

10          Secondly, if there is cooperation, it may be more

11  useful to the victims to have the defendant available for

12  consultation.  There is a receiver in this case, as I've told

13  you, so that it may be favorable to the victims to have him

14  out.

15          Third, under the general bail provisions, until he

16  is sentenced, he has not been adjudicated as guilty.

17          MR. CLATEMAN: Even though he's pled?

18          THE COURT:  Correct.  There has to be a judgment.

19          So the general practice, unless there is a danger to

20  the community or his assets may be expended unnecessarily, in

21  cases is not to incarcerate.

22          If the person is about to leave the country or there

23  is a danger that he'll abscond or use up his assets or be a

24  physical or other danger to the community, then we'll put him

25  in jail.  But that's a matter you ought to take up with the

1    U.S. Attorney who will take it up with the magistrate.

2        MR. CLATEMAN: Sir, if I may?  The possibility that

3    he may abscond -- there is no better evidence of his lack of

4    trustworthiness than what he has done.

5        To think that he may not -- he won't escape, he

6    won't leave because he's got a few houses up, you know, means

7    nothing.  These people were close to him also.

8        THE COURT:  Well, I cannot take an appeal from you.

9    I can take an appeal from the government and I suggest you

10    take it up with the United States Attorney.

11        MR. CLATEMAN: Thank you.

12        THE COURT:  Thank you.  Next.  Good afternoon.

13        A VOICE: Good afternoon.  My name is Rita Clark.

14        THE COURT:  Yes, ma'am.

15        MS. CLARK:  My husband and I are in our

16    mid-seventies.  We have faithfully saved over 50 years of work

17    that we both have done.  Ed was going to safeguard our

18    savings; instead, he has trashed our 50 years of hard work and

19    squandered our future during which we were hoping to have a

20    secure old age when we get there and help our family.

21        I simply want to say that, knowing him for more than

22    30 years, I think he is a serious risk.  He often travels.  He

23    spoke about his travels.  He also told us many times how he

24    was giving to his children so I think he probably has disposed

25    of and hidden many of his assets, probably to family and other

14

1   people.  So I would like that to be taken into consideration

2   because there is a tremendous betrayal and, as I said, I think

3   he is a risk.

4           THE COURT:  Thank you very much.

5           Next.

6           A VOICE: My name is Leslie Bennett.  I've known Ed

7   for a little over ten years.  I also entrusted him with money

8   that was left to me by my parents.  It was money earmarked for

9   my children's education, my daughter's wedding, my retirement

10  with my husband.

11          This man sat in my living room, stared me right in

12  the eye and I said many times, Ed, this is the only savings we

13  have, please be careful with it.  And he time and time again

14  said not to worry, not to worry, and I'm scrambling to take

15  out loans for my son to go back to school in September.

16          THE COURT:  Where is he going to school?

17          MS. BENNETT: He goes to Townsend University,

18  Maryland.

19          THE COURT:  Maryland?

20          MS. BENNETT: Yes.

21          My daughter, who graduated this year, has to come

22  live home because we can no longer help her.  It's beyond

23  belief what has gone on here and I agree that he's going to

24  walk out of here and go live in his apartment and it's a

25  tragedy to all of us, it's a slap in the face for what he has

15

1  done to us.  It's heartbreaking.  There are so many terrible

2  stories from a man who befriended us and we trusted.  It's a

3  disgrace, it's a disgrace, and that he has agreed to plead

4  guilty -- I understand bail is given before you're guilty, and

5  when you're guilty -- and he is guilty -- I also agree that he

6  has left the country many times.

7       There are very little assets.  If he's taken our

8  money there must be assets, they have to be somewhere.  They

9  are probably out of the country.

10      I also agree that he wouldn't think twice about

11  letting those houses or his kids and his wife go wherever

12  because there is probably more money for them to live.  And

13  I'm devastated, I think all of us are devastated, by what he's

14  done to us.

15      THE COURT:  I can understand that.  Thank you very

16  much.

17      MS. BENNETT: You're welcome.

18      THE COURT:  Next.

19      A VOICE: My name is Shelly Anderson.

20      Really, what I wanted to say is almost everything

21  that I entrusted to Ed was my retirement accounts, my SEPS, my

22  401(k) pension fund, all of my investments that really I

23  always expected and was very clear about wanting them to be

24  protected, and the fact that he went into every retirement

25  account that I had -- I'm 57-years-old -- is just devastating.

1          Anything that I rolled over to him, even if it was

2  securities, was all I have.  I don't know own a home, I don't

3  have children to take care of me, I mean that was it. So I

4  just wanted you to know that.

5          People are saying about a risk.  He often talked

6  about traveling to Dubai.  I only know him till about 2006,

7  but I just think that that needs to be investigated in terms

8  of the possibility that he would be a risk.

9          THE COURT:  Thank you.

10          MR. KLUGMAN:  Anybody else?

11          THE COURT:  Well, there are two issues that have

12  been raised by the victims under the statute.

13          The statute fairly recently adopted by Congress is

14  designed with the restitution statutes that were also fairly

15  recently adopted to protect, to the extent possible, the

16  victims.

17          What has the government done to assure that any

18  possible assets that he has will be available to the victims

19  and will not be used up or disposed of prior to sentence?

20          MR. KLUGMAN:  There is a parallel civil action, as

21  the court is aware, in front of Judge Lynch in the Southern

22  District of New York.

23          The SEC brought that action.  There was a receiver

24  appointed as a result of that action.  In that action -- the

25  SEC attorney is here.  If the court has specific questions,

1    she's in a better position to answer them than I am.

2          Mr. Stein has identified assets.  We have frozen

3    assets, any bank accounts that we were aware of -- I shouldn't

4    say we, it was really the SEC and the receiver has frozen

5    assets, any bank account that we were aware of.

6          One of the pools of assets that we believe are

7    available in this case are life settlement policies that

8    Mr. Stein, either directly or through his business, has owned

9    an interest in.

10          He had to file a list of those policies with the

11   Southern District of New York and obviously given to the

12   receiver.  One of the reasons Mr. Morin was appointed is he

13   has some expertise in valuing life settlement policies, which

14   I think will be a substantial part of whatever recovery we can

15   obtain, so he's going to be the one making decisions about how

16   to pay premiums, which policy to sell off and however, and

17   obviously how to dispose of the assets and, of course,

18   allocating whatever monies are recovered to victims.

19          There is also a piece of real property that hasn't

20   been identified by the receiver as having equity in it, it's

21   the residence that Mr. Stein currently lives in, and to the

22   extent there is equity in that, that will also be available

23   for victims.

24          THE COURT:  What kind of residence does he live in?

25          MR. KLUGMAN:  An apartment in Manhattan.

18

1        THE COURT:  Where?

2        MR. MAAS:  East End Avenue and 89th Street, and it's

3   currently being put on the market for sale.

4        THE COURT:  How big is the apartment?

5        MR. MAAS:  Two-bedroom apartment.

6        THE COURT:  Owned by him alone?

7        MR. MAAS:  Yes.

8        THE COURT:  Is he married?

9        MR. MAAS:  He's not; he's divorced.

10        If I may, your Honor, Mr. Stein has adult children.

11   Two of the three of them previously posted their homes as

12   collateral for the bond that's already up along with one of

13   his sisters.

14        We are prepared to put up -- we are prepared -- his

15   other daughter and his other sister are posting their primary

16   assets, their homes as collateral for the bond.  If Mr. Stein

17   didn't return to court, which is not going to be the case, he

18   is going to return to court, but his entire extended family

19   would be devastated by this.

20        THE COURT:  I will amend the bail requirements to

21   require that third house to be put up.

22        MR. MAAS:  A fourth and a fifth house.

23        THE COURT:  A fourth and fifth house.

24        MR. MAAS:  They are both going to be put up.

25   Mr. Stein's daughter lives in North Carolina and his sister

1  lives in California and they are prepared to go to the federal

2  court in those districts to sign the bond once it's been

3  modified.

4       We filled in the information and will work with the

5  U.S. Attorney's office to make sure that that's done in the

6  next few days.

7       MR. KLUGMAN:  We have a modified release order which

8  can either be signed by the magistrate or by your Honor.

9       THE COURT:  Have the magistrate do it.  I don't want

10 to get involved in the details.  I want all four houses.

11      What about his apartment?

12      MR. MAAS:  As I said, the receiver is about to sign

13 a listing agreement with a broker.  It's about to be put on

14 the market for sale.  Mr. Stein is cooperating completely with

15 the broker.

16      THE COURT:  Is there a lis pendens so that it can't

17 be disposed of?

18      MR. MAAS:  There is a freeze order from Judge Lynch

19 that freezes all of Mr. Stein's assets.  The SEC has filed a

20 lis pendens.

21      THE COURT:  They have?

22      Who is here from the SEC?  Come forward, please and

23 give your name.

24      MS. BROWN:  Nancy Brown from the SEC, your Honor.

25      THE COURT:  All right.  I will be happy to hear you.

20

1    Are all these assets protected now?

2            MS. BROWN:  Yes.  The receiver has taken control of

3    them pursuant to the asset freeze issued by Judge Lynch.

4            THE COURT:  Have you filed your lis pendens with the

5    county and taken all other precautions?

6            MS. BROWN:  It's my understanding that the receiver

7    has filed a lis pendens against the apartment, your Honor, and

8    we have asset freezes and orders issued to all the banks in

9    which we were able to uncover bank accounts under Mr. Stein's

10   control.

11           THE COURT:  What about assets abroad, have you

12   investigated?

13           MS. BROWN:  We continue investigating.  We have not

14   located any assets abroad other than one account that we

15   identified in London that has a very nominal amount of money

16   in it.  But, our investigation continues and will continue

17   until we're satisfied that we have uncovered whatever we can

18   uncover.

19           THE COURT:  Are you satisfied that everything

20   reasonably capable of being done has been done by the SEC and

21   the United States Attorney and the court in the Southern

22   District of New York to prevent the disposition of any assets

23   over which he may have control that could be ordered returned

24   at least in part to these claimants?

25           MS. BROWN:  Those assets of which we are currently

1    aware we have secured.  Those assets that we aren't aware of,

2    we are busily trying to become aware of.  So our investigation

3    continues.

4           I think the court should be aware that we have,

5    pursuant to an agreement with the defendant, allowed him to

6    earn a nominal amount from his ongoing business activities and

7    to retain that amount.

8           THE COURT:  How much, what is it?

9           MS. BROWN:  Two thousand a month --

10          MR. MAAS:  Mr. Stein, at the time of the freeze

11   order, Mr. Stein has had no access to any funds since April

12   first.  His children have actually been supporting him.

13          Mr. Stein had an opportunity to work with a company

14   on a business plan -- is it four thousand a month?

15          They offered to pay him four thousand dollars a

16   month, which doesn't pay the maintenance on the condo which he

17   has been maintaining and the basic utilities.

18          He's given up his car, he's given up lots of the

19   other elements of his life that he had before April first.  He

20   was able to find this one opportunity to earn a few dollars

21   and the SEC and the receiver both agreed that that makes sense

22   given the burdens that would be put on the rest of his family.

23          THE COURT:  Is that right?

24          MS. BROWN:  Yes, your Honor.

25          THE COURT:  Does he own any cars?

1          MR. MAAS: He had a leased car that he returned

2     recently.  He no longer has a car.

3          THE COURT:  Any boats or other vehicles?

4          MR. MAAS:  Mr. Stein had the one residence, the

5     condo that he lived in; no boats, no other homes, no other

6     luxury assets of any sort.

7          We've provided over the course of the past few

8     months, and even earlier, access to all the businesses and

9     banking records of the various entities that are involved in

10    this.  They have been available and I know have been gone

11    through by the receiver, and we have been going through them

12    to provide a full accounting of where all the money went over

13    the years.

14         That will show that, for the most part, except for

15    living -- no, all the money went to other investors.  That's

16    how this worked, that's what happened.  Mr. Stein doesn't have

17    other assets other than what is in the financial statements

18    that have been filed.

19         And if I just might in that regard, your Honor, we

20    had understood prior to today that that was going to be a

21    document shared with the U.S. Attorney's office as part of the

22    plea agreement.

23         Again, if we could have -- before it gets filed in

24    the court file -- an opportunity to redact things like credit

25    card numbers and other information that we put on the form so

1   that it's not in the public record.

2            THE COURT:  Yes.

3            That kind of thing should be done otherwise

4   somebody's liable to dip into those funds and prevent the

5   defrauded people from gaining access.  So the United States

6   Attorney will take precautions to prevent anybody to obtain

7   access unlawfully.

8            I take it the SEC, in prosecuting this, is

9   reasonably satisfied that all of the assets that can be

10  located will be located and that adequate freezes and other

11  legal devices will be utilized to insure that this defendant

12  can't use them, that none of his progeny or other relatives or

13  friends can use them and that they will be available for the

14  government and the claimants.

15           Is that correct?

16           MS. BROWN:  Yes, your Honor.  That is our mission in

17  every case like this and that's our mission in this one.

18           THE COURT:  Now.  I think some of these people --

19  there are about a hundred of them here -- will be curious, as

20  I am, about what the policy of the SEC is with respect to the

21  division of assets under the restitution provisions of the

22  Criminal Code and the provisions of the SEC and those that it

23  operates under.

24           MS. BROWN:  Are you asking for my reaction to that,

25  your Honor?

24

1          THE COURT:  Yes.

2          MS. BROWN:  I think it's too early to discuss that

3    issue.  I mean, I think at this point -- the receiver is

4    filing a report today actually in the Southern District, which

5    will give his initial impressions about the scope of the

6    assets he's uncovered to date and what his plans for the

7    immediate future are with respect to those assets and other

8    assets that he thinks he might be able to uncover.

9          But, as I tried to tell all investors who have

10   called us to ask about the status, this is an ongoing process

11   and sometimes it's a lengthy process, depending on what our

12   investigation reveals and what rabbit holes we still have to

13   run down.

14         So I think at this stage it's still fairly early to

15   determine how best to distribute what is available; however,

16   we are mindful that you don't want a receiver in place who is

17   doing nothing more than taking the assets that are already

18   there and preserving them if you can easily dispose of them

19   because that's a cheaper way to get money back to investors.

20         So we have those sort of dueling philosophies at

21   work here in this case as we do every case and we are mindful

22   of the expenses that are being incurred with a receiver.

23         THE COURT:  Well, I know, but it is desirable to get

24   as much money going to the people who will be entitled to

25   restitution as quickly as possible even before the sentence,

25

1  if possible.

2          Congress has clearly expressed its view that these

3  victims should be protected to the extent possible and the

4  question of whether there will be fines or restitution or SEC

5  penalties, and what order they will be paid in, is a critical

6  matter and the United States Attorney will bear in mind that

7  he has an obligation to the victims -- and I'm sure the SEC

8  recognizes that too.

9          MS. BROWN:  We do.

10          THE COURT:  Is there anybody else who wishes to be

11  heard?

12          On the question of incarceration, that's a matter

13  for the magistrate judge, in the first instance, and the

14  United States Attorney to work out.

15          You can come up, madam, if you'd like.

16          A VOICE: I would rather stay anonymous if that's

17  okay with you.

18          THE COURT:  It's okay.

19          A VOICE: On page 8 of the complaint it states Mr.

20  Stein stole a million dollars from a client to buy the

21  condominium he's living in.

22          I'm the victim that he stole the money directly from

23  and I have a serious problem with him being able to go back

24  and live in it.

25          Mr. Stein started preying on me six weeks after the

26

1    dealt of my mother and three months after the death of my

2    father and stole a lot more than that, stole a nine thousand

3    dollar a month ocean front apartment in Miami Beach, just

4    everything my father worked for all his life and stole it and

5    I have a serious problem with him going back to live in what

6    is essentially a two million dollar apartment in Manhattan.

7              THE COURT:  What do you want done?

8              A VOICE: I would like him incarcerated.

9              THE COURT:  Well, that is a matter that the

10   magistrate judge will take under advisement with the help of

11   United States Attorney.

12             The statutes are very clear.  This is congressional

13   action under the Federal Crime Act, which were enacted not too

14   long ago, that where there's no substantial probability of the

15   defendant escaping --

16             A VOICE: I also know a --

17             THE COURT:  -- or where there is no substantial

18   probability of his doing further harm, pending sentence he

19   should not be incarcerated.  That's the national policy of

20   this country.

21             A VOICE:  I also know a lot about Mr. Stein's

22   travels overseas and I do wonder what his flight risk really

23   is because we know Mr. Stein personally for several years and

24   he does travel extensively and he did at one time have two

25   passports, so I wonder about how much risk he really is.

27

1        THE COURT:  Where are his passports?

2        MR. KLUGMAN:  Our understanding is that he only has

3    one passport and it has been surrounded to Pretrial Services

4    at the time of his address.

5        THE COURT:  Is that true?

6        MR. MAAS:  That's correct your Honor, he had one

7    passport.

8        THE COURT:  Where is he restricted to in travel?

9        MR. MAAS:  His restrictions are the Eastern

10   District, the Southern District and by a supplemental order

11   from Judge Lynch he's been allowed to travel to visit his

12   children who live outside of New York.

13       THE COURT:  Where?

14       MR. MAAS:  One is in North Carolina.  He no longer

15   has a reason, he had one -- he needed to go to Florida.  Once

16   he did that, he no longer has reason to be to Florida.

17       He had close family friends in is the

18   Washington-Baltimore area.  He no longer has reasons to travel

19   there.  It's really the New York-Metropolitan area and his

20   daughter in North Carolina.

21       MR. KLUGMAN:  Your Honor, the bond -- New York City

22   and Long Island is on the face of the bond.  He did request

23   permission, and on consent of the government received it, to

24   make several trips to wrap up certain affairs and visit

25   certainly family members out of the area.

28

1    I think all those trips have now passed, if I'm not

2  mistaken.

3    MR. MAAS:  The only ongoing request that would still

4  be -- would have liked to still be operative would have been

5  the ability to visit his daughter and grandchildren in North

6  Carolina.

7    THE COURT:  We'll cancel that.  There is no reason

8  for him to be outside the city of New York.  I don't see why

9  he had needs the whole Southern and Eastern Districts.

10    MR. MAAS:  He has family on Long Island.  He's from

11  Long Island and has family on Long Island so the entire --

12    THE COURT:  Long Island, the whole Eastern District

13  and the --

14    MR. MAAS:  We ran into an issue with going to

15  Westchester for a Passover seder.  If we could just have the

16  Southern District and the Eastern District?

17    THE COURT:  All right.  If that's what Judge Lynch

18  provided, we'll keep it that way.

19    MR. MAAS:  It was Magistrate Judge Azrack, but, yes.

20    THE COURT:  Southern and Eastern Districts  only.

21    You'll bring to the magistrate judge's attention, if

22  you wish, what's been indicated by a number of the victims,

23  that he travels widely.

24    MR. KLUGMAN:  Your Honor, obviously they have a

25  right to speak at that proceeding, so I will --

1          THE COURT:  Inform everybody.  Anything further?

2          MR. KLUGMAN:  Nothing from the government.  I will

3     just work with the court's deputy in order to schedule a plea

4     and a waiver of indictment hopefully for later this afternoon.

5          MR. MAAS:  With respect to that financial statement,

6     a copy of which we provided to the court, as long as we

7     understand --

8          THE COURT:  This is Court Exhibit 1?

9          MR. MAAS:  Yes.

10         MR. KLUGMAN:  I will await the redactions --

11    actually, why don't you file a redacted copy.

12         MR. MAAS:  Your Honor, just to make sure that

13    doesn't end up in the court file, we will file a redacted copy

14    within the next few days, if it's okay with the court.

15         THE COURT:  All right.  Seal this copy.  The

16    government will file a redacted copy.  Does anybody else wish

17    to be heard?  All right.  The government is directed to keep

18    the victims informed of further proceedings.  Before any of

19    you leave, make sure that the United States Attorney has your

20    name and address.  You are entitled to be represented by your

21    own counsel if you wish.  Anything further?

22         MR. KLUGMAN:  Nothing from the government.

23         THE COURT:  These proceedings are completed.  Thank

24    you very much for being here.

25              * * * * * * * * * * * * * * * *

## 0

**09cr377** [1] - 1:3

## 1

**1** [2] - 5:19, 29:8
**11** [1] - 2:23
**11201** [2] - 1:15, 1:20
**18** [1] - 4:3

## 2

**2** [2] - 4:15, 4:17
**2006** [1] - 16:6
**2009** [1] - 1:5
**22** [1] - 1:5
**225** [1] - 1:20
**271** [1] - 1:15
**2:00** [1] - 1:6

## 3

**3** [1] - 4:16
**30** [1] - 13:22
**3771** [3] - 4:3, 4:6, 4:9

## 4

**401(k** [1] - 15:22

## 5

**5** [1] - 2:8
**50** [2] - 13:16, 13:18
**57-years-old** [1] - 15:25

## 6

**613-2481** [1] - 1:21
**613-2505** [1] - 1:21

## 7

**718** [2] - 1:21, 1:21

## 8

**8** [2] - 5:14, 25:19
**89th** [1] - 18:2

## A

**ability** [1] - 28:5

**able** [4] - 20:9, 21:20, 24:8, 25:23
**abroad** [2] - 20:11, 20:14
**abscond** [2] - 12:23, 13:3
**access** [4] - 21:11, 22:8, 23:5, 23:7
**accomplish** [1] - 3:24
**according** [1] - 5:14
**accordingly** [1] - 7:6
**account** [3] - 15:25, 17:5, 20:14
**accounting** [1] - 22:12
**accounts** [3] - 15:21, 17:3, 20:9
**accurate** [1] - 6:1
**accused** [1] - 5:25
**Act** [2] - 5:23, 26:13
**action** [5] - 16:20, 16:23, 16:24, 26:13
**activities** [1] - 21:6
**added** [2] - 4:14, 4:17
**additional** [2] - 4:13, 4:18
**address** [3] - 9:13, 27:4, 29:20
**adequate** [1] - 23:10
**adjudicated** [1] - 12:16
**adopted** [2] - 16:13, 16:15
**adult** [1] - 18:10
**advance** [1] - 8:17
**advisement** [1] - 26:10
**affairs** [1] - 27:24
**afford** [1] - 10:1
**afternoon** [3] - 13:12, 13:13, 29:4
**age** [1] - 13:20
**ago** [1] - 26:14
**agree** [4] - 5:6, 14:23, 15:5, 15:10
**agreed** [5] - 2:5, 4:17, 4:19, 15:3, 21:21
**agreement** [9] - 2:13, 4:1, 4:12, 5:3, 5:5, 5:14, 19:13, 21:5, 22:22
**alive** [1] - 10:8
**allocating** [1] - 17:18
**allocution** [4] - 2:14, 2:17, 2:21, 3:10
**allowed** [2] - 21:5, 27:11
**almost** [1] - 15:20
**alone** [1] - 18:6
**amend** [1] - 18:20
**AMERICA** [1] - 1:3
**amount** [3] - 20:15, 21:6, 21:7
**Anderson** [1] - 15:19
**anonymous** [1] - 25:16
**anonymously** [1] - 7:8
**answer** [2] - 11:14, 17:1
**apartment** [8] - 14:24, 17:25, 18:4, 18:5, 19:11, 20:7, 26:3, 26:6
**appeal** [3] - 12:3, 13:8, 13:9
**appear** [2] - 7:8, 8:18
**appearances** [2] - 2:1, 8:19
**APPEARANCES** [1] - 1:11
**appearing** [1] - 3:6
**appointed** [3] - 4:25, 16:24, 17:12
**appropriate** [4] - 3:3, 3:14, 6:20, 9:17
**April** [2] - 21:11, 21:19
**area** [3] - 27:18, 27:19, 27:25
**arrest** [2] - 4:15, 11:17
**asset** [2] - 20:3, 20:8

**assets** [31] - 5:6, 6:22, 8:10, 10:15, 12:20, 12:23, 13:25, 15:7, 15:8, 16:18, 17:2, 17:3, 17:5, 17:6, 17:17, 18:16, 19:19, 20:1, 20:11, 20:14, 20:22, 20:25, 21:1, 22:6, 22:17, 23:9, 23:21, 24:6, 24:7, 24:8, 24:17
**assign** [1] - 3:12
**assigned** [1] - 3:9
**Assistant** [1] - 1:14
**assure** [1] - 16:17
**attend** [1] - 6:13
**attention** [1] - 28:21
**Attorney** [17] - 1:12, 6:11, 7:11, 8:3, 8:12, 8:21, 10:13, 10:21, 10:24, 13:1, 13:10, 20:21, 23:6, 25:6, 25:14, 26:11, 29:19
**attorney** [1] - 16:25
**Attorney's** [2] - 19:5, 22:21
**Attorneys** [1] - 1:14
**attorneys** [2] - 6:16, 9:5
**available** [16] - 3:9, 3:21, 5:7, 5:10, 5:12, 5:22, 6:22, 8:3, 9:7, 12:11, 16:18, 17:7, 17:22, 22:10, 23:13, 24:15
**Avenue** [1] - 18:2
**await** [1] - 29:10
**aware** [7] - 16:21, 17:3, 17:5, 21:1, 21:2, 21:4
**Azrack** [1] - 28:19

## B

**background** [1] - 8:2
**bail** [8] - 4:10, 4:11, 11:15, 12:3, 12:6, 12:15, 15:4, 18:20
**Baltimore** [1] - 27:18
**bank** [3] - 17:3, 17:5, 20:9
**banking** [1] - 22:9
**banks** [1] - 20:8
**based** [2] - 11:20, 11:23
**basic** [1] - 21:17
**Beach** [1] - 26:3
**bear** [1] - 25:6
**become** [1] - 21:2
**bedroom** [1] - 18:5
**BEFORE** [1] - 1:9
**befriended** [1] - 15:2
**belief** [1] - 14:23
**believes** [1] - 5:24
**Bennett** [1] - 14:6
**BENNETT** [3] - 14:17, 14:20, 15:17
**BENTON** [1] - 1:12
**best** [4] - 6:4, 7:23, 8:8, 24:15
**betrayal** [1] - 14:2
**better** [2] - 13:3, 17:1
**between** [2] - 4:12, 9:4
**beyond** [1] - 14:22
**big** [1] - 18:4
**boats** [2] - 22:3, 22:5
**bond** [10] - 4:7, 4:14, 4:15, 4:20, 18:12, 18:16, 19:2, 27:21, 27:22

**break** [1] - 3:20
**BRIAN** [1] - 1:16
**briefly** [1] - 7:7
**bring** [1] - 28:21
**broker** [2] - 19:13, 19:15
**Brooklyn** [3] - 1:4, 1:15, 1:20
**brought** [1] - 16:23
**BROWN** [11] - 19:24, 20:2, 20:6, 20:13, 20:25, 21:9, 21:24, 23:16, 23:24, 24:2, 25:9
**Brown** [1] - 19:24
**burdens** [1] - 21:22
**Burton** [1] - 1:19
**busily** [1] - 21:2
**business** [3] - 17:8, 21:6, 21:14
**businesses** [1] - 22:8
**buy** [1] - 25:20

**C**

**Cadman** [2] - 1:15, 1:20
**California** [1] - 19:1
**called-appearances** [1] - 2:1
**CAMPBELL** [1] - 1:12
**cancel** [1] - 28:7
**cannot** [3] - 10:14, 11:14, 13:8
**capable** [1] - 20:20
**car** [3] - 21:18, 22:1, 22:2
**card** [1] - 22:25
**care** [2] - 9:24, 16:3
**careful** [1] - 14:13
**Carolina** [4] - 18:25, 27:14, 27:20, 28:6
**cars** [1] - 21:25
**case** [15] - 2:1, 3:9, 6:17, 8:9, 8:14, 9:5, 11:13, 11:21, 11:24, 12:12, 17:7, 18:17, 23:17, 24:21
**cases** [2] - 6:21, 12:21
**CAT** [1] - 1:24
**certain** [1] - 27:24
**certainly** [1] - 27:25
**charges** [1] - 4:7
**cheaper** [1] - 24:19
**cheated** [1] - 10:3
**Chief** [1] - 3:11
**children** [6] - 9:24, 13:24, 16:3, 18:10, 21:12, 27:12
**children's** [1] - 14:9
**circumstances** [1] - 11:21
**City** [1] - 27:21
**city** [1] - 28:8
**civil** [1] - 16:20
**claim** [2] - 6:23, 8:12
**claimants** [3] - 5:20, 20:24, 23:14
**claims** [2] - 6:22, 8:10
**CLAIRE** [1] - 1:13
**clarification** [1] - 8:16
**Clark** [1] - 13:13
**CLARK** [1] - 13:15
**Clateman** [1] - 11:2
**CLATEMAN** [4] - 11:4, 12:17, 13:2,

13:11
**clear** [3] - 4:4, 15:23, 26:12
**clearly** [1] - 25:2
**clerk** [2] - 5:9, 5:21
**client** [1] - 25:20
**close** [2] - 13:7, 27:17
**Code** [1] - 23:22
**collateral** [2] - 18:12, 18:16
**community** [2] - 12:20, 12:24
**company** [1] - 21:13
**compensate** [1] - 5:7
**complaint** [1] - 25:19
**complete** [1] - 10:21
**completed** [2] - 3:19, 29:23
**completely** [1] - 9:14
**concerning** [1] - 9:2
**condo** [2] - 21:16, 22:5
**condominium** [1] - 25:21
**confer** [1] - 6:16
**confidentially** [2] - 9:4, 9:10
**Congress** [2] - 16:13, 25:2
**congressional** [1] - 26:12
**consent** [1] - 27:23
**consider** [1] - 8:13
**consideration** [1] - 14:1
**considered** [1] - 9:11
**consult** [1] - 8:21
**consultation** [1] - 12:12
**continue** [2] - 20:13, 20:16
**continues** [2] - 20:16, 21:3
**control** [3] - 20:2, 20:10, 20:23
**cooperating** [1] - 19:14
**cooperation** [1] - 12:10
**copy** [6] - 8:4, 29:6, 29:11, 29:13, 29:15, 29:16
**correct** [6] - 2:12, 5:1, 5:2, 12:18, 23:15, 27:6
**counsel** [1] - 29:21
**country** [4] - 12:22, 15:6, 15:9, 26:20
**counts** [1] - 2:9
**county** [1] - 20:5
**course** [2] - 17:17, 22:7
**COURT** [1] - 1:1
**court** [8] - 2:1, 5:10, 6:1, 6:7, 12:2, 18:17, 18:18, 19:2
**Court** [4] - 1:19, 4:24, 5:19, 29:8
**court's** [2] - 5:9, 29:3
**court-case** [1] - 2:1
**Courthouse** [1] - 1:4
**courthouse** [1] - 4:21
**courtroom** [1] - 11:5
**credit** [1] - 22:24
**Crime** [3] - 4:3, 5:23, 26:13
**crime** [3] - 5:24, 6:2, 8:2
**Criminal** [1] - 23:22
**criminal** [3] - 4:7, 11:9, 11:10
**critical** [1] - 25:5
**curious** [1] - 23:19

**D**

**damages** [1] - 7:24
**danger** [2] - 12:19, 12:23, 12:24
**date** [3] - 5:19, 8:7, 24:6
**daughter** [5] - 14:21, 18:15, 18:25, 27:20, 28:5
**daughter's** [1] - 14:9
**days** [2] - 19:6, 29:14
**dealt** [1] - 26:1
**death** [1] - 26:1
**decide** [3] - 3:2, 6:22, 12:4
**decision** [1] - 12:3
**decisions** [1] - 17:15
**DEFENDANT** [1] - 2:3
**Defendant** [2] - 1:6, 1:16
**defendant** [13] - 2:5, 2:21, 5:1, 5:6, 5:15, 6:14, 8:2, 11:5, 11:9, 12:11, 21:5, 23:11, 26:15
**defendant's** [1] - 8:10
**defrauded** [2] - 6:24, 23:5
**delay** [1] - 7:3
**Department** [1] - 9:4
**deprived** [1] - 11:11
**deputy** [1] - 29:3
**describe** [1] - 2:21
**designed** [1] - 16:14
**desirable** [1] - 24:23
**destroyed** [1] - 11:11
**details** [1] - 19:10
**determine** [1] - 24:15
**devastated** [2] - 15:13, 18:19
**devastating** [1] - 15:25
**devices** [1] - 23:11
**dignity** [1] - 7:4
**dip** [1] - 23:4
**direct** [1] - 8:3
**directed** [2] - 9:2, 29:17
**directly** [2] - 17:8, 25:22
**discuss** [1] - 24:2
**disgrace** [1] - 15:3
**dispose** [2] - 17:17, 24:18
**disposed** [3] - 13:24, 16:19, 19:17
**disposition** [1] - 20:22
**distribute** [1] - 24:15
**District** [10] - 4:24, 16:22, 17:11, 20:22, 24:4, 27:10, 28:12, 28:16
**DISTRICT** [2] - 1:1, 1:1
**Districts** [2] - 28:9, 28:20
**districts** [1] - 19:2
**division** [1] - 23:21
**divorced** [1] - 18:9
**document** [2] - 5:21, 22:21
**dollar** [3] - 4:15, 26:3, 26:6
**dollars** [3] - 21:15, 21:20, 25:20
**done** [12] - 6:4, 7:24, 13:4, 13:17, 15:1, 15:14, 16:17, 19:5, 20:20, 23:3, 26:7
**down** [1] - 24:13
**drafted** [1] - 5:5
**Dubai** [1] - 16:6

**dueling** [1] - 24:20
**during** [2] - 12:6, 13:19
**duty** [1] - 3:13

## E

**early** [2] - 24:2, 24:14
**earmarked** [1] - 14:8
**earn** [2] - 21:6, 21:20
**easily** [1] - 24:18
**East** [2] - 1:15, 1:20
**east** [1] - 18:2
**Eastern** [5] - 27:9, 28:9, 28:12, 28:16, 28:20
**EASTERN** [1] - 1:1
**Ed** [4] - 13:17, 14:6, 14:12, 15:21
**education** [1] - 14:9
**Edward** [1] - 2:2
**EDWARD** [1] - 1:5
**either** [3] - 3:7, 17:8, 19:8
**elements** [1] - 21:19
**enacted** [1] - 26:13
**End** [1] - 18:2
**end** [1] - 29:13
**enforced** [1] - 10:15
**entered** [1] - 2:12
**entire** [2] - 18:18, 28:11
**entities** [1] - 22:9
**entitled** [2] - 24:24, 29:20
**entrusted** [2] - 14:7, 15:21
**equity** [2] - 17:20, 17:22
**escape** [1] - 13:5
**escaping** [1] - 26:15
**ESQ** [1] - 1:16
**essentially** [1] - 26:6
**et** [1] - 4:9
**evidence** [1] - 13:3
**except** [2] - 10:15, 22:14
**excluded** [1] - 6:6
**excuse** [1] - 7:14
**Exhibit** [2] - 5:19, 29:8
**expect** [1] - 7:15
**expected** [1] - 15:23
**expecting** [1] - 9:12
**expended** [1] - 12:20
**expenses** [1] - 24:22
**expensive** [1] - 12:9
**expertise** [1] - 17:13
**express** [1] - 7:23
**expressed** [1] - 25:2
**extended** [1] - 18:18
**extensive** [2] - 4:1, 8:1
**extensively** [1] - 26:24
**extent** [4] - 10:15, 16:15, 17:22, 25:3
**eye** [1] - 14:12

## F

**face** [2] - 14:25, 27:22

**fact** [1] - 15:24
**facts** [2] - 11:21, 11:24
**fairly** [3] - 16:13, 16:14, 24:14
**fairness** [1] - 7:4
**faithfully** [1] - 13:16
**family** [8] - 13:20, 13:25, 18:18, 21:22, 27:17, 27:25, 28:10, 28:11
**father** [3] - 9:23, 26:2, 26:4
**father-in-law** [1] - 9:23
**favorable** [1] - 12:13
**Fax** [1] - 1:21
**federal** [1] - 19:1
**Federal** [1] - 26:13
**few** [5] - 13:6, 19:6, 21:20, 22:7, 29:14
**fifth** [3] - 6:16, 18:22, 18:23
**file** [8] - 2:10, 5:21, 17:10, 22:24, 29:11, 29:13, 29:16
**filed** [5] - 19:19, 20:4, 20:7, 22:18, 22:23
**filing** [1] - 24:4
**filled** [1] - 19:4
**finally** [1] - 7:3
**financial** [3] - 5:15, 22:17, 29:5
**fine** [2] - 2:25, 3:4
**fines** [2] - 8:13, 25:4
**first** [7] - 2:17, 2:21, 5:25, 12:8, 21:12, 21:19, 25:13
**flight** [1] - 26:22
**Florida** [2] - 27:15, 27:16
**following** [1] - 5:24
**forfeiture** [1] - 5:4
**form** [2] - 2:8, 22:25
**forward** [1] - 19:22
**four** [3] - 19:10, 21:14, 21:15
**fourth** [3] - 6:8, 18:22, 18:23
**frauds** [1] - 4:2
**fraudulent** [1] - 5:8
**free** [2] - 7:2, 11:7
**freedom** [1] - 11:12
**freeze** [3] - 19:18, 20:3, 21:10
**freezes** [3] - 19:19, 20:8, 23:10
**friends** [2] - 23:13, 27:17
**front** [2] - 16:21, 26:3
**frozen** [2] - 17:2, 17:4
**full** [2] - 6:17, 22:12
**fund** [3] - 9:23, 10:6, 15:22
**funds** [2] - 21:11, 23:4
**future** [2] - 13:19, 24:7

## G

**gaining** [1] - 23:5
**general** [2] - 12:15, 12:19
**generally** [2] - 9:3, 9:9
**given** [5] - 15:4, 17:11, 21:18, 21:22
**Glenn** [1] - 7:19
**government** [2] - 2:13, 6:17, 12:6, 13:9, 16:17, 23:14, 27:23, 29:2, 29:16, 29:17, 29:22
**Government** [1] - 1:12

**graduated** [1] - 14:21
**grandchildren** [1] - 28:5
**guess** [1] - 11:8
**guilty** [8] - 2:8, 11:10, 12:16, 15:4, 15:5
**Gwen** [1] - 9:22

## H

**handle** [1] - 12:2
**happy** [1] - 19:25
**hard** [2] - 10:2, 13:18
**harm** [1] - 26:18
**hear** [2] - 11:3, 19:25
**heard** [12] - 4:8, 4:13, 6:8, 7:6, 7:7, 8:8, 9:19, 10:22, 10:23, 11:13, 25:11, 29:17
**hearing** [1] - 4:2
**heartbreaking** [1] - 15:1
**help** [3] - 13:20, 14:22, 26:10
**hidden** [1] - 13:25
**highly** [1] - 6:21
**holes** [1] - 24:12
**home** [2] - 14:22, 16:2
**homes** [3] - 18:11, 18:16, 22:5
**Honor** [27] - 2:6, 2:12, 3:4, 3:5, 3:14, 5:2, 5:17, 7:22, 9:1, 9:2, 9:6, 9:8, 9:12, 9:14, 11:18, 18:10, 19:8, 19:24, 20:7, 21:24, 22:19, 23:16, 23:25, 27:6, 27:21, 28:24, 29:12
**HONORABLE** [1] - 1:9
**hopeful** [1] - 3:24
**hopefully** [2] - 11:19, 29:4
**hoping** [1] - 13:19
**house** [5] - 10:1, 18:21, 18:22, 18:23
**houses** [3] - 13:6, 15:11, 19:10
**hundred** [1] - 23:19
**husband** [6] - 9:23, 9:25, 10:6, 10:9, 13:15, 14:10
**husband's** [1] - 10:5

## I

**identified** [4] - 5:6, 17:2, 17:20, 20:15
**II** [1] - 4:25
**immediate** [1] - 24:7
**impressions** [1] - 24:5
**incarcerate** [2] - 12:7, 12:21
**incarcerated** [2] - 26:8, 26:19
**incarceration** [2] - 8:13, 25:12
**incurred** [1] - 24:22
**indicate** [1] - 11:18
**indicated** [2] - 11:18, 28:22
**indictment** [3] - 2:7, 2:8, 29:4
**individuals** [3] - 4:18, 4:19, 5:7
**inform** [3] - 6:11, 6:14, 29:1
**information** [6] - 2:4, 2:5, 2:9, 8:1, 19:4, 22:25
**informed** [2] - 4:23, 29:18
**initial** [1] - 24:5

**instance** [1] - 25:13
**instead** [2] - 3:21, 13:18
**insure** [1] - 23:11
**intend** [1] - 7:21
**interest** [1] - 17:9
**investigated** [2] - 16:7, 20:12
**investigating** [1] - 20:13
**investigation** [3] - 20:16, 21:2, 24:12
**investments** [1] - 15:22
**investors** [3] - 22:15, 24:9, 24:19
**involved** [3] - 8:6, 19:10, 22:9
**involving** [2] - 6:2, 6:9
**Island** [5] - 27:22, 28:10, 28:11, 28:12
**issue** [4] - 4:7, 6:20, 24:3, 28:14
**issued** [3] - 8:14, 20:3, 20:8
**issues** [2] - 4:9, 16:11

## J

**JACK** [1] - 1:9
**jail** [1] - 12:25
**judge** [10] - 2:15, 2:24, 3:12, 4:21, 6:13, 12:1, 12:4, 25:13, 26:10
**JUDGE** [1] - 1:9
**Judge** [11] - 3:8, 3:11, 3:20, 3:22, 4:23, 16:21, 19:18, 20:3, 27:11, 28:17, 28:19
**judge's** [2] - 11:15, 28:21
**judges** [1] - 12:2
**judgment** [1] - 12:18
**June** [2] - 1:5, 3:16

## K

**Kedeshian** [1] - 5:4
**KEDESHIAN** [1] - 1:13
**keep** [3] - 12:9, 28:18, 29:17
**kids** [2] - 10:2, 15:11
**kind** [3] - 8:15, 17:24, 23:3
**KLUGMAN** [21] - 1:13, 2:6, 3:8, 3:13, 3:16, 3:19, 4:5, 4:11, 5:2, 6:4, 11:17, 16:10, 16:20, 17:25, 19:7, 27:2, 27:21, 28:24, 29:2, 29:10, 29:22
**knowing** [1] - 13:21
**known** [3] - 6:3, 6:5, 14:6
**Kotler** [1] - 9:22
**KOTLER** [5] - 10:5, 10:9, 10:11, 10:17, 10:19

## L

**lack** [1] - 13:3
**law** [2] - 6:18, 9:23
**leased** [1] - 22:1
**least** [1] - 20:24
**leave** [4] - 11:5, 12:22, 13:6, 29:19
**leaves** [1] - 10:20
**left** [4] - 9:23, 10:6, 14:8, 15:6
**legal** [3] - 9:13, 11:23, 23:11
**lengthy** [1] - 24:11

**Leslie** [1] - 14:6
**letting** [1] - 15:11
**liable** [1] - 23:4
**lieu** [1] - 5:3
**life** [4] - 17:7, 17:13, 21:19, 26:4
**lis** [4] - 19:16, 19:20, 20:4, 20:7
**list** [3] - 10:21, 10:23, 17:10
**listing** [1] - 19:13
**live** [7] - 14:22, 14:24, 15:12, 17:24, 25:24, 26:5, 27:12
**lived** [1] - 22:5
**lives** [4] - 11:11, 17:21, 18:25, 19:1
**living** [3] - 14:11, 12:15, 25:21
**loans** [1] - 14:15
**local** [2] - 4:19, 4:21
**located** [3] - 20:14, 23:10
**London** [1] - 20:15
**lost** [1] - 5:8
**luxury** [1] - 22:6
**Lynch** [6] - 4:23, 16:21, 19:18, 20:3, 27:11, 28:17

## M

**ma'am** [1] - 13:14
**MAAS** [29] - 2:12, 2:16, 2:20, 2:25, 3:4, 5:17, 9:1, 9:18, 18:2, 18:5, 18:7, 18:9, 18:22, 18:24, 19:12, 19:18, 21:10, 22:1, 22:4, 27:6, 27:9, 27:14, 28:3, 28:10, 28:14, 28:19, 29:5, 29:9, 29:12
**madam** [1] - 25:15
**Magistrate** [2] - 3:11, 28:19
**magistrate** [15] - 2:15, 2:24, 3:8, 3:12, 3:13, 3:21, 6:12, 11:15, 12:1, 13:1, 19:8, 19:9, 25:13, 26:10, 28:21
**maintained** [2] - 9:3, 9:10
**maintaining** [1] - 21:17
**maintenance** [1] - 21:16
**man** [2] - 14:11, 15:2
**Manhattan** [2] - 17:25, 26:6
**Mann** [1] - 3:8
**manner** [1] - 9:13
**mark** [1] - 5:18
**market** [2] - 18:3, 19:14
**married** [1] - 18:8
**marshal** [1] - 6:25
**Maryland** [2] - 14:18, 14:19
**MASS** [1] - 1:16
**matter** [4] - 12:25, 25:6, 25:12, 26:9
**mean** [4] - 7:17, 9:9, 16:3, 24:3
**means** [1] - 13:6
**mechanical** [1] - 1:24
**members** [1] - 27:25
**Metropolitan** [1] - 27:19
**Miami** [1] - 26:3
**Michael** [1] - 11:2
**microphone** [1] - 3:18
**mid** [1] - 13:16
**mid-seventies** [1] - 13:16
**middle** [1] - 9:25

**might** [2] - 22:19, 24:8
**million** [3] - 4:15, 25:20, 26:6
**mind** [1] - 25:6
**mindful** [2] - 24:16, 24:21
**Miss** [1] - 5:4
**mission** [2] - 23:16, 23:17
**mistaken** [1] - 28:2
**modified** [2] - 19:3, 19:7
**moment** [1] - 8:8
**money** [13] - 5:8, 10:5, 10:6, 14:7, 14:8, 15:8, 15:12, 20:15, 22:12, 22:15, 24:19, 24:24, 25:22
**monies** [1] - 17:18
**month** [4] - 21:9, 21:14, 21:16, 26:3
**months** [4] - 11:6, 22:8, 26:1
**Morin** [4] - 4:25, 5:10, 17:12
**most** [1] - 22:14
**mother** [1] - 26:1
**motion** [1] - 9:17
**MR** [56] - 2:6, 2:12, 2:16, 2:20, 2:25, 3:4, 3:8, 3:13, 3:16, 3:19, 4:5, 4:11, 5:2, 5:17, 6:4, 7:21, 8:16, 8:24, 9:1, 9:18, 11:4, 11:17, 12:17, 13:2, 13:11, 16:10, 16:20, 17:25, 18:2, 18:5, 18:7, 18:9, 18:22, 18:24, 19:7, 19:12, 19:18, 21:10, 22:1, 22:4, 27:2, 27:6, 27:9, 27:14, 27:21, 28:3, 28:10, 28:14, 28:19, 28:24, 29:2, 29:5, 29:9, 29:10, 29:12, 29:22
**MS** [18] - 10:9, 10:11, 10:17, 10:19, 13:15, 14:17, 14:20, 15:17, 20:2, 20:6, 20:13, 20:25, 21:9, 21:24, 23:16, 23:24, 24:2, 25:9
**must** [3] - 6:19, 8:14, 15:8

## N

**name** [10] - 7:18, 7:19, 9:21, 9:22, 11:1, 13:13, 14:6, 15:19, 19:23, 29:20
**names** [2] - 8:5, 10:23
**Nancy** [1] - 19:24
**national** [1] - 26:19
**nature** [1] - 8:2
**need** [1] - 5:13
**needed** [1] - 27:15
**needs** [2] - 16:7, 28:9
**NEW** [1] - 1:1
**New** [11] - 1:4, 1:15, 1:20, 4:24, 16:22, 17:11, 20:22, 27:12, 27:19, 27:21, 28:8
**next** [6] - 10:25, 13:12, 14:5, 15:18, 19:6, 29:14
**nine** [1] - 26:2
**nominal** [2] - 20:15, 21:6
**none** [1] - 23:12
**normal** [1] - 12:7
**North** [4] - 18:25, 27:14, 27:20, 28:5
**noted** [1] - 2:1
**nothing** [4] - 13:7, 24:17, 29:2, 29:22
**notice** [1] - 6:1
**notified** [1] - 6:3
**notify** [1] - 6:4

**number** [4] - 3:23, 5:20, 11:6, 28:22
**numbers** [1] - 22:25

## O

**objection** [1] - 12:6
**obligation** [1] - 25:7
**obtain** [2] - 17:15, 23:6
**obviously** [6] - 3:23, 4:8, 5:11, 17:11, 17:17, 28:24
**occurs** [1] - 2:11
**ocean** [1] - 26:3
**OF** [3] - 1:1, 1:3, 1:8
**offered** [1] - 21:15
**office** [2] - 19:5, 22:21
**often** [2] - 13:22, 16:5
**Oklahoma** [1] - 5:10
**old** [1] - 13:20
**once** [3] - 2:10, 19:2, 27:15
**one** [13] - 17:6, 17:12, 17:15, 18:12, 20:14, 21:20, 22:4, 23:17, 26:24, 27:3, 27:6, 27:14, 27:15
**ongoing** [3] - 21:6, 24:10, 28:3
**Open** [1] - 2:1
**operates** [1] - 23:23
**operative** [1] - 28:4
**opinion** [1] - 3:3
**opportunity** [5] - 9:8, 9:14, 21:13, 21:20, 22:24
**oppose** [1] - 9:8
**opposing** [1] - 11:22
**order** [13] - 6:7, 6:20, 7:9, 8:14, 10:13, 10:14, 11:16, 19:7, 19:18, 21:11, 25:5, 27:10, 29:3
**ordered** [2] - 9:6, 20:23
**orders** [1] - 20:8
**Orenstein** [3] - 3:16, 3:20, 3:22
**otherwise** [1] - 23:3
**ought** [1] - 12:25
**outside** [2] - 27:12, 28:8
**overseas** [1] - 26:22
**oversee** [1] - 4:25
**own** [4] - 11:11, 16:2, 21:25, 29:21
**owned** [2] - 17:8, 18:6

## P

**p.m** [1] - 1:6
**packing** [1] - 9:25
**PAES** [1] - 1:14
**page** [2] - 5:14, 25:19
**paid** [1] - 25:5
**parallel** [1] - 16:20
**parents** [1] - 14:8
**parole** [1] - 6:9
**part** [6] - 5:3, 9:9, 17:14, 20:24, 22:14, 22:21
**parties** [2] - 4:12, 4:17
**passed** [2] - 9:23, 28:1

**Passover** [1] - 26:15
**passport** [2] - 27:3, 27:7
**passports** [2] - 26:25, 27:1
**past** [1] - 22:7
**pay** [4] - 6:22, 17:16, 21:15, 21:16
**penalties** [1] - 25:5
**pendens** [4] - 19:16, 19:20, 20:4, 20:7
**pending** [2] - 12:8, 26:18
**pension** [1] - 15:22
**people** [10] - 7:12, 8:5, 12:7, 12:9, 13:7, 14:1, 16:5, 23:5, 23:18, 24:24
**people's** [1] - 11:11
**period** [1] - 12:7
**permission** [1] - 27:23
**person** [2] - 5:23, 12:22
**personally** [1] - 26:23
**persons** [2] - 6:3, 6:5
**philosophies** [1] - 24:20
**phone** [1] - 5:12
**physical** [1] - 12:24
**piece** [1] - 17:19
**pieces** [1] - 4:16
**place** [1] - 24:16
**plan** [1] - 21:14
**plans** [1] - 24:6
**Plaza** [2] - 1:15, 1:20
**plea** [16] - 2:18, 2:24, 3:2, 3:7, 3:25, 4:6, 4:11, 4:22, 5:3, 5:14, 6:9, 6:12, 7:25, 11:19, 22:22, 29:3
**plead** [5] - 2:5, 2:8, 11:9, 11:10, 15:3
**pled** [1] - 12:17
**point** [1] - 24:3
**policies** [3] - 17:7, 17:10, 17:13
**policy** [3] - 17:16, 23:20, 26:19
**pools** [1] - 17:6
**portion** [1] - 5:5
**position** [2] - 11:20, 17:1
**possibility** [2] - 13:2, 16:8
**possible** [10] - 5:10, 5:11, 8:10, 8:13, 16:15, 16:18, 24:25, 25:1, 25:3
**post** [1] - 4:11
**posted** [1] - 18:11
**posting** [1] - 18:15
**potential** [1] - 4:7
**practice** [2] - 12:7, 12:19
**precautions** [2] - 20:5, 23:6
**prefer** [1] - 8:20
**premiums** [1] - 17:16
**prepared** [5] - 9:13, 9:16, 18:14, 19:1
**present** [3] - 5:18, 9:14, 10:22
**presented** [1] - 2:9
**presentence** [4] - 8:1, 8:4, 9:2, 9:3
**preserving** [1] - 24:18
**Pretrial** [1] - 27:3
**prevent** [3] - 20:22, 23:4, 23:6
**previously** [2] - 4:14, 18:11
**preying** [1] - 25:25
**primary** [1] - 18:15
**prison** [2] - 11:12, 12:9
**privacy** [2] - 7:5, 7:9

**probability** [2] - 26:14, 26:18
**Probation** [1] - 9:4
**problem** [2] - 25:23, 26:5
**proceeding** [5] - 2:23, 6:2, 6:9, 6:10, 28:25
**proceedings** [7] - 4:6, 4:22, 6:7, 7:2, 29:18, 29:23
**Proceedings** [1] - 1:24
**PROCEEDINGS** [1] - 1:8
**process** [2] - 24:10, 24:11
**produced** [1] - 1:24
**progeny** [1] - 23:12
**properly** [1] - 9:7
**property** [4] - 4:13, 4:16, 5:1, 17:19
**prosecuting** [1] - 23:8
**protect** [2] - 7:9, 16:15
**protected** [4] - 5:25, 15:24, 20:1, 25:3
**provide** [1] - 22:12
**provided** [5] - 5:15, 6:18, 22:7, 28:18, 29:6
**provisions** [3] - 12:15, 23:21, 23:22
**public** [4] - 6:1, 6:7, 6:8, 23:1
**publicly** [2] - 5:21, 8:6
**pursuant** [3] - 4:2, 20:3, 21:5
**put** [8] - 12:24, 18:3, 18:14, 18:21, 18:24, 19:13, 21:22, 22:25

## Q

**questions** [2] - 8:24, 16:25
**quickly** [1] - 24:25

## R

**rabbit** [1] - 24:12
**raised** [1] - 16:12
**ran** [1] - 28:14
**rather** [1] - 25:16
**reaction** [1] - 23:24
**real** [1] - 17:19
**really** [6] - 15:20, 15:22, 17:4, 26:22, 26:25, 27:19
**reason** [3] - 27:15, 27:16, 28:7
**reasonable** [2] - 6:1, 6:16
**reasonably** [4] - 5:25, 6:8, 20:20, 23:9
**reasons** [3] - 12:8, 17:12, 27:18
**received** [1] - 27:23
**receiver** [15] - 4:25, 5:7, 12:12, 16:23, 17:4, 17:12, 17:20, 19:12, 20:2, 20:6, 21:21, 22:11, 24:3, 24:16, 24:22
**recently** [3] - 16:13, 16:15, 22:2
**recognize** [1] - 6:19
**recognizes** [1] - 25:8
**record** [1] - 23:1
**recorded** [1] - 1:24
**records** [1] - 22:9
**recovered** [1] - 17:18
**recovery** [1] - 17:14
**redact** [1] - 22:24

redacted [5] - 8:5, 9:7, 29:11, 29:13, 29:16
redactions [1] - 29:10
regard [2] - 7:22, 22:19
relates [1] - 4:6
relatives [1] - 23:12
release [3] - 6:9, 9:9, 19:7
released [4] - 9:15, 11:15, 11:22
remain [2] - 11:22
remaining [1] - 12:6
report [4] - 8:1, 8:4, 9:2, 24:4
Reporter [1] - 1:19
reports [1] - 9:3
represent [1] - 7:23
represented [1] - 29:20
request [3] - 5:9, 27:22, 28:3
require [1] - 18:21
requirements [1] - 18:20
reserve [1] - 9:7
residence [3] - 17:21, 17:24, 22:4
respect [6] - 7:4, 8:22, 9:1, 23:20, 24:7, 29:5
rest [1] - 21:22
restitution [11] - 6:18, 6:20, 8:12, 8:14, 8:22, 10:13, 10:14, 16:14, 23:21, 24:25, 25:4
restricted [1] - 27:8
restrictions [1] - 27:9
result [2] - 5:8, 16:24
retain [1] - 21:7
retirement [3] - 14:9, 15:21, 15:24
return [2] - 18:17, 18:18
returned [2] - 20:23, 22:1
reveals [1] - 24:12
Rights [2] - 4:3, 5:23
rights [4] - 4:6, 5:24, 8:22
risk [6] - 13:22, 14:3, 16:5, 16:8, 26:22, 26:25
Rita [1] - 13:13
rolled [1] - 16:1
room [1] - 14:11
Rule [1] - 2:23
run [1] - 24:13

**S**

safeguard [1] - 13:17
sale [2] - 18:3, 19:14
sat [1] - 14:11
satisfied [3] - 20:17, 20:19, 23:9
saved [1] - 14:12
savings [2] - 13:18, 14:12
schedule [1] - 29:3
schemes [1] - 5:8
school [2] - 14:15, 14:16
scope [1] - 24:5
SCOTT [1] - 1:13
scrambling [1] - 14:14
seal [1] - 29:15
seated [1] - 6:25

SEC [13] - 16:23, 16:25, 17:4, 19:19, 19:22, 19:24, 20:20, 21:21, 23:8, 23:20, 23:22, 25:4, 25:7
second [1] - 5:25
secondly [1] - 12:10
Section [1] - 4:3
secure [1] - 13:20
secured [2] - 4:16, 21:1
securities [2] - 4:1, 16:2
seder [1] - 28:15
see [2] - 8:4, 28:8
select [1] - 7:11
sell [1] - 17:16
SENIOR [1] - 1:9
sense [1] - 21:21
sentence [2] - 2:18, 8:7, 12:8, 16:19, 24:25, 26:18
sentenced [3] - 6:15, 11:6, 12:16
sentencing [6] - 3:1, 6:9, 7:22, 8:17, 8:18, 11:23
separated [1] - 10:10
SEPS [1] - 15:21
September [1] - 14:15
seq. [1] - 4:9
series [1] - 4:1
serious [3] - 13:22, 25:23, 26:5
Services [1] - 27:3
set [3] - 4:10, 4:11, 4:14
settlement [2] - 17:7, 17:13
seventh [1] - 7:2
seventies [1] - 13:16
several [2] - 26:23, 27:24
shared [1] - 22:21
Shelly [1] - 15:19
show [1] - 22:14
sign [3] - 4:20, 19:2, 19:12
signed [1] - 19:8
simply [1] - 13:21
sister [2] - 18:15, 18:25
sisters [1] - 18:13
six [2] - 11:6, 25:25
sixth [1] - 6:17
slap [1] - 14:25
sometimes [1] - 24:11
somewhere [1] - 15:8
son [1] - 14:15
soon [1] - 3:19
sort [2] - 22:6, 24:20
southern [1] - 28:20
Southern [8] - 4:24, 16:21, 17:11, 20:21, 24:4, 27:10, 28:9, 28:16
specific [1] - 16:25
specifically [1] - 4:15
squandered [1] - 13:19
stage [1] - 24:14
standard [1] - 4:20
standards [1] - 11:23
stared [1] - 14:11
started [1] - 25:25
statement [4] - 5:15, 5:16, 12:5, 29:5

statements [1] - 22:17
STATES [3] - 1:1, 1:3, 1:9
states [1] - 25:19
States [17] - 1:12, 4:24, 6:11, 7:11, 8:3, 8:12, 8:21, 10:13, 10:21, 11:20, 13:10, 20:21, 23:5, 25:6, 25:14, 26:11, 29:19
status [1] - 24:10
statute [3] - 16:12, 16:13
statutes [2] - 16:14, 26:12
stay [2] - 10:1, 25:16
Stein [16] - 2:2, 2:7, 17:2, 17:8, 17:21, 18:10, 18:16, 19:14, 21:10, 21:11, 21:13, 22:4, 22:16, 25:20, 25:25, 26:23
STEIN [1] - 1:5
Stein's [4] - 18:25, 19:19, 20:9, 26:21
stenography [1] - 1:24
still [5] - 10:8, 24:12, 24:14, 28:3, 28:4
stole [5] - 25:20, 25:22, 26:2, 26:4
stories [1] - 15:2
straight [1] - 11:12
Street [1] - 18:2
strictly [1] - 9:11
subject [1] - 9:15
submission [1] - 9:8
subsidiary [1] - 12:2
substantial [4] - 5:20, 17:14, 26:14, 26:17
sufficient [2] - 6:21, 8:18
suggest [1] - 13:9
suitable [2] - 2:19, 3:15
suitably [1] - 8:5
Sulzer [1] - 1:19
supplemental [1] - 27:10
supporting [1] - 21:12
sureties [1] - 4:19
surrounded [1] - 27:3
sworn [1] - 7:15

**T**

ten [1] - 14:7
terms [1] - 16:7
terrible [1] - 15:1
THE [2] - 1:9, 2:3
The court [99] - 2:2, 2:4, 2:9, 2:10, 2:14, 2:17, 2:23, 3:1, 3:11, 3:15, 3:18, 3:25, 4:10, 4:23, 5:13, 5:18, 6:6, 6:7, 6:19, 6:25, 7:11, 7:14, 7:18, 7:20, 7:25, 8:12, 8:19, 8:25, 9:4, 9:16, 9:19, 9:21, 10:3, 10:8, 10:10, 10:12, 10:18, 10:20, 11:3, 11:13, 11:25, 12:18, 13:8, 13:12, 13:14, 14:4, 14:16, 14:19, 15:15, 15:18, 16:9, 16:11, 16:21, 16:25, 17:24, 18:1, 18:4, 18:6, 18:8, 18:20, 18:23, 19:9, 19:16, 19:21, 19:25, 20:4, 20:11, 20:19, 20:21, 21:4, 21:8, 21:23, 21:25, 22:3, 22:24, 23:2, 23:18, 24:1, 24:23, 25:10, 25:18, 26:7, 26:9, 26:17, 27:1, 27:5, 27:8, 27:13, 28:7, 28:12, 28:17, 28:20, 29:1, 29:6, 29:8, 29:13, 29:14, 29:15,

7

29:23

**thinks** [1] - 24:8
**third** [3] - 6:6, 12:15, 18:21
**Thomas** [1] - 4:25
**thousand** [4] - 21:9, 21:14, 21:15, 26:2
**three** [2] - 18:11, 26:1
**timely** [2] - 6:1, 6:18
**Title** [1] - 4:3
**today** [10] - 3:6, 3:9, 3:16, 3:23, 3:24, 4:5, 5:3, 11:20, 22:20, 24:4
**today's** [2] - 4:21, 5:19
**together** [1] - 10:11
**touch** [1] - 8:11
**Townsend** [1] - 14:17
**tragedy** [1] - 14:25
**transcript** [1] - 1:24
**TRANSCRIPT** [1] - 1:8
**trashed** [1] - 13:18
**travel** [4] - 26:24, 27:8, 27:11, 27:18
**traveling** [1] - 16:6
**travels** [4] - 13:22, 13:23, 26:22, 28:23
**treated** [1] - 7:3
**tremendous** [1] - 14:2
**tried** [1] - 24:9
**trips** [2] - 27:24, 28:1
**true** [1] - 27:5
**trusted** [1] - 15:2
**trustworthiness** [1] - 13:4
**truthfully** [1] - 7:16
**try** [2] - 7:7, 10:12
**trying** [1] - 21:2
**twice** [1] - 15:10
**two** [6] - 16:11, 18:5, 18:11, 21:9, 26:6, 26:24
**two-bedroom** [1] - 18:5

**U**

**U.S** [6] - 1:4, 1:14, 10:23, 13:1, 19:5, 22:21
**uncover** [3] - 20:9, 20:18, 24:8
**uncovered** [2] - 20:17, 24:6
**under** [10] - 4:6, 4:9, 5:23, 12:15, 16:12, 20:9, 23:21, 23:23, 26:10, 26:13
**understood** [1] - 22:20
**UNITED** [3] - 1:1, 1:3, 1:9
**United** [17] - 1:12, 4:24, 6:11, 7:11, 8:3, 8:11, 8:21, 10:13, 10:21, 11:20, 13:10, 20:21, 23:5, 25:6, 25:14, 26:11, 29:19
**University** [1] - 14:17
**unlawfully** [1] - 23:7
**unless** [1] - 12:19
**unlikely** [1] - 6:21
**unnecessarily** [1] - 12:20
**unreasonable** [1] - 7:3
**up** [19] - 2:8, 7:12, 9:25, 11:25, 12:23, 12:25, 13:1, 13:6, 13:10, 16:19, 18:12, 18:14, 18:21, 18:24, 21:18, 25:15, 27:24, 29:13

**useful** [1] - 12:11
**utilities** [1] - 21:17
**utilized** [1] - 23:11

**V**

**valuing** [1] - 17:13
**variety** [1] - 12:8
**various** [1] - 22:9
**vehicles** [1] - 22:3
**victim** [2] - 5:24, 25:22
**victims** [17] - 3:23, 4:5, 4:12, 6:12, 7:15, 8:4, 12:11, 12:13, 16:12, 16:16, 16:18, 17:18, 17:23, 25:3, 25:7, 28:22, 29:18
**Victims** [2] - 4:3, 5:23
**victims'** [1] - 7:4
**view** [1] - 25:2
**views** [1] - 7:23
**visit** [3] - 27:11, 27:24, 28:5
**VOICE** [15] - 7:10, 7:13, 7:17, 7:19, 9:20, 9:22, 11:2, 13:13, 14:6, 15:19, 25:16, 25:19, 26:8, 26:16, 26:21

**W**

**wait** [1] - 11:5
**waive** [1] - 2:7
**waiver** [3] - 2:7, 2:10, 29:4
**walk** [1] - 14:24
**wants** [1] - 11:10
**Washington** [1] - 27:18
**Washington-Baltimore** [1] - 27:18
**ways** [1] - 11:12
**wedding** [1] - 14:9
**week** [1] - 4:21
**weeks** [1] - 25:25
**WEINSTEIN** [1] - 1:9
**welcome** [1] - 15:17
**Westchester** [1] - 28:15
**whichever** [1] - 8:20
**whole** [2] - 28:9, 28:12
**widely** [1] - 28:23
**wife** [1] - 15:11
**WINSTON** [1] - 1:14
**wish** [10] - 4:13, 6:13, 7:6, 7:8, 8:4, 9:19, 9:21, 28:22, 29:16, 29:21
**wishes** [3] - 3:5, 7:24, 8:11, 25:10
**witness** [2] - 7:21, 10:25
**wonder** [2] - 26:22, 26:25
**words** [1] - 2:20
**worry** [2] - 14:14
**wrap** [1] - 27:24
**write** [1] - 8:17
**writings** [1] - 8:19
**Wurtzel** [1] - 7:19
**WURTZEL** [3] - 7:21, 8:16, 8:24

**Y**

**year** [1] - 14:21
**years** [6] - 13:16, 13:18, 13:22, 14:7, 22:13, 26:23
**YORK** [1] - 1:1
**York** [11] - 1:4, 1:15, 1:20, 4:24, 16:22, 17:11, 20:22, 27:12, 27:19, 27:21, 28:8
**York-Metropolitan** [1] - 27:19
**young** [1] - 9:24