UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA

        -V-

EDWARD STEIN
-------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 1 2 2010 ★

**BROOKLYN OFFICE**

ORDER
CR 09-377 (JBW)

       Defendant's motion to postpone surrender is denied. The defendant shall surrender forthwith at FCI Otisville.

                                                JACK B. WEINSTEIN
                                           SR. UNITED STATES DISTRICT JUDGE

DATED: 3/5/10