UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

EDWARD T. STEIN,

             Defendant,

- - - - - - - - - - - - - - - -X

ORDER CORRECTING STATEMENT OF REASONS PURSUANT TO 18 U.S.C § 3553(c)(2)

Cr. No. 09-CR-0377 (JBW)

        The United States of America having moved for an order pursuant to Federal Rule of Criminal Procedure 36 to correct an error in the Court's Statement of Reasons Pursuant to 18 U.S.C. § 3553(c)(2) (the "Statement of Reasons") pertaining to the procedure for the remission and distribution of funds collected by the Receiver appointed in the parallel civil action brought by the Securities and Exchange Commission (the "SEC"); and it appearing to the Court from the government's letter dated July 20, 2010, submitted in support of this application, and from all the previous Court's records herein, that the relief requested should be granted:

        IT IS ORDERED that the Statement of Reasons is hereby amended to remove the following statement from page 3 thereof: "[t]he court-appointed receiver shall remit any amounts recovered to the Clerk of this court to be applied to restitution. The Clerk shall distribute funds to the victims identified in the corrected Presentence Investigation Report, to each victim in



proportion to her or his share of the overall restitution amount, until restitution is completed."

IT IS FURTHER ORDERED that the Receiver appointed in the parallel civil action brought by the SEC shall distribute any recovered assets as directed by the court in that case, and nothing herein shall be deemed to alter or infringe on the Receiver's duties as determined by the court in the SEC case to pursue assets of the defendant or to which the defendant has a claim.

IT IS FURTHER ORDERED that the government advise the Clerk of Court as to the distribution of assets by the Receiver appointed in the parallel civil action brought by the SEC so that the Clerk can reduce the restitution due and owing to the victims accordingly.

Dated:  Brooklyn, New York
        July 27, 2010

_____
HON. JACK B. WEINSTEIN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK